IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIO LINDSEY**   **PLAINTIFF**

v.   Case No. 4:19-cv-00293-KGB

**KEVIN NEAL, Lieutenant,**
**Faulkner County Sheriffs Office,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Demario Lindsey's complaint (Dkt. No. 2).

It is so ordered this 18th day of December, 2019.

Kristine G. Baker
United States District Judge