IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIO LINDSEY**                                                             **PLAINTIFF**

**v.**                         **Case No. 4:19-cv-00293-KGB**

**KEVIN NEAL, Lieutenant,**
**Faulkner County Sheriffs Office,** *et al*.                                **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Demario Lindsey's complaint is dismissed without prejudice.

It is so adjudged this 18th day of December, 2019.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge